

**FILED**



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

AUG 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Thomas G. Bruton**
**Clerk**

312-435-5670

Laura Graves )
v. )
)
)
The Individuals, Corporations, Limited )
Liability Companies, Partnerships and )
Unincorporated Associations as )
Identified on Schedule A )

)
)
)
)
)

USDC Case Number: 1:23-cv-04417

Judge: Honorable Robert W. Gettleman

### Notice of Removal of Material
### from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Laura Graves

| 07/13/2023 | view16 | SURETY BOND in the amount of $ 10,000.00 posted by Laura Graves. (Document not scanned). (jn, ) Modified on 7/14/2023 (jn, ). (Entered: 07/14/2023) |
|---|---|---|

I, Cameron McIntyre, am authorized to remove the above-described documents from the court.

Signature: _____

Firm: Jiangip

By: N. Finley
/s/ Deputy Clerk

Date: 8/13/26 _____

Rev. 09/23/2016