**FILED**



**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

AUG 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Thomas G. Bruton**
**Clerk**

312-435-5670

| | |
|---|---|
| Laura Graves | ) |
| v. | ) |
| | ) |
| The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations as Identified on Schedule A | ) ) ) ) ) |

USDC Case Number: 1:23-cv-04417

Judge: Honorable Robert W. Gettleman

### Notice of Removal of Material
### from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Laura Graves

| 07/13/2023 | view16 | SURETY BOND in the amount of $ 10,000.00 posted by Laura Graves. (Document not scanned). (jn, ) Modified on 7/14/2023 (jn, ). (Entered: 07/14/2023) |
|---|---|---|

I, Cameron McIntyre, am authorized to remove the above-described documents from the court.

Signature: _____

Firm:  Jiangip

By: N. Finley
    /s/ Deputy Clerk

Date: 8/13/26 _____

Rev. 09/23/2016